AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
APR 13 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| JEFFREY J. BROLL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-17-CV-1243-DAE |
| NATIONAL ASSET SERVICES, INC., et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ **other:** the Court: (1) DENIES Plaintiff's Amended Motion for Leave to File a First Amended Complaint (Dkt. # 24); (2) GRANTS SCI Defendants' Motion to Dismiss (Dkt. # 7); and (3) DENIES AS MOOT NAS' Motion for More Definite Statement. (Dkt. # 8.) Plaintiff's Original Complaint against National Asset Services Inc., SCI Keystone at Alamo Heights Funds LLC, SCI Keystone–Country Fund LLC, and SCI Fund Manager I LLC is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David A. Ezra.  on a motion for

Date: 04/13/2018

CLERK OF COURT  **JEANNETTE J. CLACK**

*Signature of Clerk or Deputy Clerk*